[This decision has been published in *Ohio Official Reports* at 94 Ohio St.3d 1205.]

SUBURBAN LODGES OF AMERICA, INC., APPELLANT, *v.* COLUMBUS GRAPHICS COMMISSION, APPELLEE.

[Cite as *Suburban Lodges of Am., Inc. v. Columbus Graphics Comm.*, 2002-Ohio-70.]

*Appeal dismissed as improvidently allowed.*

(No. 00-2140—Submitted November 13, 2001—Decided January 9, 2002.)

APPEAL from the Court of Appeals for Franklin County, No. 99AP-1065.

————————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

PFEIFER and COOK, JJ., dissent.

————————————

**COOK, J., dissenting.**

{¶ 2} I respectfully dissent. Instead of dismissing this case as improvidently allowed, I would affirm the judgment of the court of appeals.

PFEIFER, J., concurs in the foregoing dissenting opinion.

————————————

*Squire, Sanders & Dempsey, L.L.P., David J. Young* and *Greg R. Wehrer*, for appellant.

*Janet Jackson*, City Attorney, *Daniel W. Drake*, Chief Counsel, and *Deborah F. Hoffman*, Assistant City Attorney, for appellee.

*Altick & Corwin Co., L.P.A., Stephen M. McHugh, Matthew D. Stokely* and *Matthew R. Steinke*, urging affirmance for *amicus curiae*, American Planning Association.

————————————